UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------ x
                                :
UNITED STATES OF AMERICA        :
                                :      ORDER
          - v. -                :
                                :      19 Cr. 627 (VM)
DARREN BROWN,                   :
                                :
          Defendant.            :
                                :
                                :
------------------------------ x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 19, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            _____May 6___, 2022

_____
Victor Marrero
U.S.D.J.