```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,              :
                                       :        **19 CR 627 (VM)**
          -against-                    :
                                       :        <u>ORDER</u>
DARREN BROWN,                          :
                                       :
               Defendant.              :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant shall be scheduled for Friday, July 29, 2022 at 2:00 P.M.

**SO ORDERED:**

Dated:  New York, New York
        06 May 2022

*[signature]*
Victor Marrero
U.S.D.J.