```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

  - against -

DARREN BROWN,

                Defendant.

---

19 Cr. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the November 4, 2022 1:00 PM sentencing of Darren Brown until November 18, 2022, at 10:00 AM.

**SO ORDERED.**

Dated:    3 November, 2022
              New York, New York

                                              Victor Marrero
                                              U.S.D.J.