**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/22
```

UNITED STATES OF AMERICA,

            Plaintiff,

- against -

DARREN BROWN,

            Defendant.

19 Cr. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the November 18, 2022 10:00 AM sentencing of Darren Brown until December 2, 2022, at 2:00 PM.

**SO ORDERED.**

Dated:    18 November 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.