UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>      -against-<br><br>OLALEKAN DARAMOLA,<br><br>                Defendant. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Olalekan Daramola's motion for the return of his surrendered passports (dkt. no. 614), which are currently in the custody of Pretrial Services.

    Upon review of Mr. Daramola's motion, it is hereby ORDERED that Mr. Daramola's motion is DENIED at this time. *See, e.g.*, *United States v. Moore*, No. 09-250 (RCL) 2016 U.S. Dist. LEXIS 204141, at *1-2 (D.D.C. Apr. 20, 2016); *United States v. Fetzer*, No. 3:14-CR-124, 2017 U.S. Dist. LEXIS 40281, at *3-6 (E.D. Tenn. Mar. 21, 2017) (denying motion for return of passport despite the fact that defendant's "conditions of probation d[id] not require that the [d]efendant surrender her passport" because retention of passport furthered the "condition that the [d]efendant not travel outside the district without permission").

    It is further ORDERED that if Mr. Daramola wishes to travel internationally while he is on supervised release, he may,

consistent with his conditions of supervision, submit a request to the Court or his probation officer for approval. If Mr. Daramola receives permission to travel, the Court will order Pretrial Services to return one or both of Mr. Daramola's passports, as necessary, on a provisional basis.

It is further ORDERED that if Mr. Daramola requires his passports for a specific purpose besides international travel, Mr. Daramola may request the provisional return of his passports based on that specific need.

It is further ORDERED that Pretrial Services will return Mr. Daramola's passports upon the termination of his term of supervised release.

**SO ORDERED.**

Dated:   New York, New York
         December 5, 2022

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge